IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR364** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **THOMAS HOLZAPFEL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to continue sentencing and request to review order of detention (Filing No. 46).

The Court has carefully considered the motion and the attachment. The motion to continue sentencing is denied. This case shall proceed to sentencing as scheduled. The Defendant may address the argument for a review of detention in the context of a self surrender at the sentencing hearing.

IT IS ORDERED that the Defendant's unopposed motion to continue sentencing and request to review order of detention (Filing No. 46) is denied in part and otherwise held in abeyance as follows:

1. The request to continue sentencing is denied; and

2. The request for a review of detention is held in abeyance and will be addressed at the previously scheduled sentencing hearing.

DATED this 29th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge